■ The People of the State of New York, Respondent, v Emma Williams, Appellant. [27 NYS3d 381]—

Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered May 22, 2013, convicting defendant, upon her plea of guilty, of burglary in the third degree, and sentencing her to a term of six months, unanimously affirmed.

Defendant's challenges to the court's discussion of her rights under *Boykin v Alabama* (395 US 238 [1969]) do not fall within the narrow exception to the preservation requirement (*see People v Conceicao*, 26 NY3d 375, 382 [2015]), and we decline to review these unpreserved claims in the interest of justice. As an alternative holding, we find no basis for reversal. The plea was knowing, intelligent and voluntary (*see People v Tyrell*, 22 NY3d 359, 365 [2013]; *People v Harris*, 61 NY2d 9, 16-19 [1983]). The court sufficiently advised defendant of the rights she was giving up by pleading guilty, notwithstanding that it omitted the word "jury" from its reference to giving up the right to a trial (*see People v Gillens*, 134 AD3d 655 [1st Dept 2015]; *People v Terrell*, 134 AD3d 651, 651-652 [1st Dept 2015]). Concur—Tom, J.P., Sweeny, Manzanet-Daniels, Gische and Gesmer, JJ.